IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ESMERALDA LUCIO                                              PLAINTIFF

v.                                          CIVIL ACTION NO.: 3:25-cv-593-KHJ-MTP

UNITED PARCEL SERVICE, INC.                              DEFENDANT

## **NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on January 27, 2026, Defendant served the following documents on Plaintiff:

1. Defendant's First Set of Interrogatories to Plaintiff; and
2. Defendant's First Requests for Production to Plaintiff.

A true and correct copy of this Notice has been served upon the Plaintiff. The original pleadings are retained by counsel for the Defendant.

THIS, the 27th day of January, 2026.

Respectfully Submitted,

/s/ Dylan A. Farmer
Dylan A. Farmer (*pro hac vice*)
Texas Bar No. 24093417
dfarmer@fennemorelaw.com
Peyton Howe (*pro hac vice*)
Texas Bar No. 24136454
phowe@fennemorelaw.com
FENNEMORE CRAIG, P.C.
8000 IH 10 West, Suite 1600
San Antonio, Texas 78230
Phone: (210) 447-8033
Fax: (210) 447-8036

Amanda Green Alexander
Mississippi State Bar No. 101463
aga@alexanderlawpa.com
ALEXANDER LAW P.A.
Post Office Box 1664
Jackson, Mississippi 39215

Tel: (601) 968-8571
Fax: (601) 968-8574

**ATTORNEYS FOR DEFENDANT
UNITED PARCEL SERVICE, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served *via Court's E-Filing system* to:

Louis H. Watson, Jr.
THE WATSON LAW FIRM, PLLC
1501 Jackson Avenue W. STE 113, PMB 101
Oxford, Mississippi 38655
louis@thewatsonlawfirm.com
**Attorney for Plaintiff**

on Wednesday, January 28, 2026.

*/s/ Dylan A. Farmer*
Dylan A. Farmer